UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUNEET S. BATH, DMD PS, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, an insurance company,<br><br>Defendant. | No.: 2:20-cv-00774<br><br>VERIFICATION BY COUNSEL OF FILING OF ALL RECORDS IN STATE COURT PROCEEDING REMOVED TO THIS COURT |

Daniel R. Bentson declares as follows:

1. I am an attorney with the law firm of Bullivant Houser Bailey PC, counsel to Defendant Travelers Casualty Insurance Company of America. I make this declaration based upon the knowledge gained in this capacity.

2. In accordance with 28 U.S.C. § 1446(a) and 101(b) of the Local Civil Rules of the United States District Court for the Western District of Washington, a true and complete copy of all records and proceedings in Thurston County Superior Court is attached to the Notice of Removal filed in this case.

///

VERIFICATION BY COUNSEL OF FILING OF ALL RECORDS IN STATE COURT PROCEEDING REMOVED TO THIS COURT
NO.: 2:20-cv-00774

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3      DATED: May 22, 2020
4                                      BULLIVANT HOUSER BAILEY PC
5
6                                  By  *s/Daniel R. Bentson*
                                      Daniel R. Bentson, WSBA #36825
7                                     E-mail:   dan.bentson@bullivant.com
8                                Attorneys for Defendant Travelers Casualty Insurance
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, and caused to be served as follows

Ian S. Birk
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206.623.1900
E-mail: ibirk@kellerrohrback.com

Mark A. Wilner
Gordon Tilden Thomas & Cordell
600 University St Ste 2915
Seattle, WA 98101
Telephone: (206) 467-6477
E-mail: mwilner@gordontilden.com

*Attorneys for Plaintiff*

☐ via hand delivery.
☐ via first class mail.
☒ via email.

*Monica Tofoleanu*
Monica Tofoleanu, Legal Assistant

4819-0315-3084.1