The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUNEET S. BATH, DMD PS, d/b/a Impressions Dentistry Family Cosmetics, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, an insurance company,<br><br>Defendant. | No. 3:20-cv-5489-RSM<br><br>STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS |

## **STIPULATION**

The parties agree and stipulate as follows:

1. Plaintiff agrees to file a response brief to Defendant's pending Motion to Dismiss no later than 14 days after the Judicial Panel on Multidistrict Litigation issues an Order on its Order to Show Cause why the various cases filed against Travelers-related entities "should not be related and transferred to a single district for consolidation or coordinated pretrial proceedings under 28 U.S.C. § 1407." *In re Travelers COVID-19 Bus. Interruption Prot. Ins. Litig.*, MDL No. 2965, Dkt. # 3.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO DISMISS  (3:20-cv-5489-RSM) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2. Defendant agrees to file its reply brief no later than 14 days after Plaintiff files his response brief.

3. The Motion to Dismiss, currently noted for October 2, shall be noted for consideration on the date that Defendant files its reply brief.

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 14th day of September, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Karin B. Swope*
By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Amy Williams-Derry*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
  Karin B. Swope, WSBA #24015
  Ian S. Birk, WSBA #31431
  Lynn L. Sarko, WSBA #16569
  Amy Williams-Derry, WSBA #28711
  Gretchen Freeman Cappio, WSBA #29576
  Irene M. Hecht, WSBA #11063
  Maureen Falecki, WSBA #18569
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Telephone: (206) 623-1900
  Fax: (206) 623-3384

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO DISMISS (3:20-cv-5489-RSM) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 | Email: kswope@kellerrohrback.com |
| 2 | Email: ibirk@kellerrohrback.com<br>Email: lsarko@kellerrohrback.com |
| 3 | Email: gcappio@kellerrohrback.com<br>Email: ihecht@kellerrohrback.com |
| 4 | Email: awilliams-derry@kellerrohrback.com<br>Email: mfalecki@kellerrohrback.com |

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

**BULLIVANT HOUSER BAILEY PC**

By: *s/ Daniel R. Bentson*
Daniel R. Bentson, WSBA #36825
Owen R. Mooney, WSBA #45779
925 Fourth Ave., Suite 3800
Seattle, WA 98104
Telephone: (206) 292-8930
Email: dan.bentson@bullivant.com
Email: owen.mooney@bullivant.com

***Attorneys for Defendant***

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO DISMISS  (3:20-cv-5489-RSM) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I certify that on 14th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record.

By: *s/ Karin B. Swope*
Karin B. Swope

CERTIFICATE OF SERVICE - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384